UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS JEVON DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAM, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-00634-TLN-KJN<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 15.)  Plaintiff did not file objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 10, 2022, (ECF No. 15), are adopted in full; and

2. This action is dismissed without prejudice. *See* Local Rule 110; Fed. R. Civ. P. 41(b).

**DATED:** April 5, 2022

_____
Troy L. Nunley
United States District Judge